

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 20, 2019

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

## MEMO ENDORSED

**Re:**     *United States v. Jose Alberto Payez,* **19-MAG-10660**

Dear Judge Davison,

   The Government has been informed of the arrest of the defendant, Jose Alberto Payez, in the above-titled matter and respectfully requests that the complaint be unsealed.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962

APPLICATION GRANTED

Hon. Paul E. Davi.            J.

11/20/19